United States District Court
Southern District of Texas
**ENTERED**
April 14, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID OPPENHEIMER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-cv-2747 |
| | § | |
| DAVID R. LUETCHFORD and | § | |
| DRL ENGINEERING, LLC, | § | |
| | § | |
| Defendants. | | |

## ORDER

The parties in this case have jointly filed a Stipulation of Dismissal with Prejudice. (Doc. 13). In accordance with that agreement and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 14th day of April, 2021.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE